# United States Court of Appeals
## For the First Circuit

No. 21-1335

JOSE PEDRO SANTOS FARIA BARROS,

Petitioner,

v.

MERRICK B. GARLAND, United States Attorney General,

Respondent.

ERRATA SHEET

The opinion of this Court issued on April 19, 2022 is amended as follows:

On the coversheet, replace " SangeYeob Kim" with "SangYeob Kim"